UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-81279-CIV-MARRA

YESSENIA SOFFIN, POKER PRO MEDIA WORLDWIDE, INC., GLOBAL MEDIA NETWORKS, INC. and ISOCIAL MEDIA INC.

    Plaintiffs,

v.

ECHANNEL NETWORK, INC.

    Defendant.
_____/

### RESPONSE TO ORDER TO SHOW CAUSE

Plaintiffs, YESSENIA SOFFIN, POKER PRO MEDIA WORLDWIDE, INC., GLOBAL MEDIA NETWORKS, INC. and I SOCIAL MEDIA INCORPORATED by and through their undersigned counsel, hereby file this Response to the Court's *sua sponte* Order to Show Cause for Failure to Comply with Fed. R. Civ. P. 4(m), and in support thereof state as follows:

1. This action was filed in this Court on November 26, 2012.

2. On January 15, 2013, a copy of the Complaint was e-mailed to known attorneys of Defendant, Heydary Hamilton, PC, with a follow up e-mail being sent on January 16, 2013 requesting counsel to accept service on behalf of Defendant.

3. Heydary Hamilton, PC responded by letter dated January 18, 2013, that it did not have authority to accept service on behalf of Defendant.

4. On January 24, 2013, Plaintiffs' counsel propounded the Summons and Complaint via International Express Mail to an address in Canada, believed to be the

headquarters of e-Channel. The pleadings were sent via International Express Mail, as acceptable form of service in Canada.

5. On January 29, 2013, the Summons and Complaint was delivered to e-Channel's address in Canada, however the recipient sent it back to Plaintiffs' counsel "Return to Sender."

6. Plaintiffs' counsel, in the meantime, have been looking into various alternative methods of service on Defendant.

7. Plaintiffs' co-counsel, Todd A. Zuckerbrod, Esq., will also be filing a Motion to Withdraw contemporaneous with this Response. In addition to current, remaining co-counsel, Gary Menzer, Plaintiffs are in the processing of retaining additional counsel from the law firm of Tripp Scott, P.A., who intend to be in a position to take action in this matter within the next 30-60 days.

WHEREFORE, Plaintiffs request an enlargement of time to effect proper service on Defendant.

Dated: May 6, 2013

Respectfully submitted,

| | |
|---|---|
| *s/Todd A. Zuckerbrod* | *s/Gary S. Menzer* |
| Todd A. Zuckerbrod (FL Bar # 0573337) | Gary S. Menzer, Esq. (FL Bar # 0060386) |
| E-mail: tz@tzbrokerlaw.com | Email: gmenzer@menzerhill.com |
| Todd A. Zuckerbrod, P.A. | Menzer & Hill, P.A. |
| 40 SE 5th Street, Suite 400 | 2200 NW Corporate Blvd, Suite 406 |
| Boca Raton, FL  33432 | Boca Raton, FL  33431 |
| Telephone: (561) 544-8144 | Telephone: (561) 327-7207 |
| Facsimile: (561) 544-1101 | Facsimile: (561) 431-4611 |
| *Counsel for Plaintiffs* | *Co-counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 6, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing is being served this day on all counsel or parties of record via transmission of Notices of Electronic Filing generated by CM/ECF.

          _s/Todd A. Zuckerbrod_____
          Todd A. Zuckerbrod, Esq.