Civil Action No. 12-81279-CIV-MARRA

UNITED STATES DISTRICT COURT
For the
Southern District of Florida

BETWEEN

YESSENIA SOFFIN an individual,
POKER PRO MEDIA WORLDWIDE, INC.
A Florida Corporation, and ISOCIAL MEDIA,
LLC., a Florida corporation

Plaintiffs

vs.

ECHANNEL NETWORKS, INC. a foreign
Corporation, and FACEBOOK, INC. a
Delaware corporation

Defendants

# AFFIDAVIT OF ATTEMPTED SERVICE

I, Adam Moll: Process Server for Select Document Services Inc., of the City of Toronto, in the Province of Ontario, make oath and say:

1. That I did on July 12th, 2013 at approximately 1:41 pm, attend at 12 Chalet Road, in the City of Toronto, in the Province of Ontario for the purpose of serving the attached Summons and Amended Complaint upon Echannel Networks Inc, but was unable to effect such service by reason that I did not receive an answer at the door. This appeared to be a residential address and the house appeared to be in a state of disarray. I left my business card with a brief explanation as to the purpose of my visit, requesting to be contacted, posted to the front door of the residence.

2. That I did, on July 18th, 2013, at approximately 6:18 pm, attend at 12 Chalet Road, in the City of Toronto, in the Province of Ontario, for the purpose of serving the attached Summons and Amended Complaint upon Echannel Networks Inc, whose officers are Dragos Daniel Dumitra and Cosmin Ciprian Dumitra; as is illustrated on the Corporation Report on Echannel Networks Inc., hereto marked as Exhibit "A" but was unable to effect such service by reason that I was greeted by an adult female who identified herself as the mother of Daniel Dumitra and Ciprian Dumitra, but advised that they no longer reside at that address. She would not provide



any further information. I handed her my business card requesting that it be given to either Daniel Dumitra or Ciprian Dumitra.

3. That I am aware and verily believe that my office was requested to conduct a Land Registry Search and a Driver's Licence search on Ciprian Dumitra and Daniel Dumitra. On August 6th, 2013, my office did conduct a Land Registry search and found that 2 Chalet Road, Toronto, Ontario, is owned by Dragos Dumitra, and 22 Chalet Road, Toronto, Ontario, is owned by Cosmin Ciprian Dumitra. The Land Registry report is attached hereto marked as Exhibit "B". The Driver's licence search also confirmed the same information as the Land Registry report.

4. That I did, on August 7th, 2013, at approximately 1:14 pm, attend at 22 Chalet Road, Toronto, Ontario, for the purpose of serving the attached Summons and Amended Complaint upon Echannel Networks Inc., but was unable to effect service by reason the home was in a state of renovation. There were several contractors present going about their work. I stepped out of my vehicle without the court papers in my hand and I spoke with one of the contractors asking if either Daniel or Ciprian Dumitra were available. He advised that they were in the upstairs portion of the residence. I returned to my vehicle for the Summons and Amended Complaint and proceeded back towards the house and continued upstairs. A different contractor then advised me that the information I was given regarding Daniel and Ciprian being present was incorrect and neither were available, nor did he have any information regarding their whereabouts..

5. That I did, on August 7th, 2013, at approximately 1:25 pm, attend at 2 Chalet Road, Toronto, Ontario, for the purpose of serving the attached Summons and Amended Complaint on Echannel Networks Inc., but was unable to effect said service by reason that this house was also in a state of full renovation. I spoke with a contractor requesting to speak with either Ciprian Dumitra or Daniel Dumitra but was informed that they were not present and they could be found at number 12 Chalet Road, Toronto, Ontario.

6. That I did, on August 7th, 2013, attend at #12 Chalet Road, Toronto, Ontario, and again spoke with the mother Daniel Dumitra and Ciprian Dumitra. I asked if either were present she informed me that she did not relay my request to speak with her sons and discarded my contact information. She then advised me that both Ciprian and Daniel Dumitra were in Europe for the remainder of the month and closed the door.

7. I verily believe that Daniel Dumitra and Ciprian Dumitra are aware of the pending action against their company, Echannel Networks Inc. and are evading service. It is in my professional opinion that an Order of Substituted Service allowing service of the Summons and Amended Complaint to be served by posting a copy to the front door of 2 Chalet Road, Toronto, Ontario, and/or 22 Chalet Road, Toronto, Ontario and mailing a second copy to the same address within 24 hours will be required in order to have the documents effectively served on Echannel Networks Inc.

8. I make this Affidavit only in relation to my numerous attempts of serving the attached Summons and Amended Complaint upon Echannel Networks Inc., and for no other purpose and I am not a party to this action.

Sworn before me at the
CITY of TORONTO

in the
PROVINCE of ONTARIO

On August 15, 2013

NOTARY PUBLIC

DAVID CHONG
NOTARY PUBLIC
ONTARIO CANADA

(Signature of Deponent)

Request ID: 015500192
Transaction ID: 51407323
Category ID: UN/E

Province of Ontario
Ministry of Government Services

Date Report Produced: 2013/07/03
Time Report Produced: 14:58:31
Page: 1

# BUSINESS NAMES REPORT

**Business name registered under the *Business Names Act***
ECHANNEL NETWORKS

**Business Identification Number**
200332195

**Business Type**
GENERAL PARTNERSHIP

---

**Mailing Address**

12 CHALET ROAD

TORONTO
ONTARIO
CANADA, M2J 3V4

**Address of Principal Place of Business in Ontario**

12 CHALET ROAD

TORONTO
ONTARIO
CANADA, M2J 3V4

**Activity being carried out**
SOCIAL APPLICATION DEVELOPMENT

**Registration Date**
2010/03/25

**Renewal Date**
NOT APPLICABLE

**Last Document Filed**
NEW REGISTRATION

**Last Document Filed Date**
2010/03/25

**More than 10 Partners: records at business address**
NO

**Expiry Date**
2015/03/24

**Amendment Date(s)**
NOT APPLICABLE

**Cancellation Date**
NOT APPLICABLE

This is Exhibit ___ referred to in the affidavit of ___ sworn before me this 15 day of ___ 20 ___
A Notary Public for the ___ of ___

DAVID CHONG NOTARY PUBLIC ONTARIO CANADA

**Current Partnership Business Names Exist:**
NO

**Expired Partnership Business Names Exist:**
NO

Request ID: 015500192
Transaction ID: 51407323
Category ID: UN/E

Province of Ontario
Ministry of Government Services

Date Report Produced: 2013/07/03
Time Report Produced: 14:58:31
Page: 2

# BUSINESS NAMES REPORT

**Business name registered under the *Business Names Act***
ECHANNEL NETWORKS

**Business Identification Number**
200332195

**Business Type**
GENERAL PARTNERSHIP

**Registrant Information**

**Name (Individual/Corporation/Other)**
DUMITRA,
COSMIN
CIPRIAN

**Address**
12 CHALET ROAD

TORONTO
ONTARIO
CANADA, M2J 3V4

**Type of Registrant**
PARTNER

**Name (Individual/Corporation/Other)**
DUMITRA,
DRAGOS
DANIEL

**Address**
2 CHALET ROAD

TORONTO
ONTARIO
CANADA, M2J 3V4

**Type of Registrant**
PARTNER

Request ID: 015500192
Transaction ID: 51407323
Category ID: UN/E

Province of Ontario
Ministry of Government Services

Date Report Produced: 2013/07/03
Time Report Produced: 14:58:31
Page: 3

# BUSINESS NAMES REPORT

Business name registered under the *Business Names Act*
ECHANNEL NETWORKS

Business Identification Number
200332195

Business Type
GENERAL PARTNERSHIP

---

Person Authorizing the Registration

DUMITRA,
COSMIN
CIPRIAN

This Report sets out the most recent information registered on or after April 1, 1994 and recorded in the Ontario Business Information System as of the last business day.

The issuance of this report in electronic form is authorized by the Ministry of Government Services.

Ontario ServiceOntario

LAND REGISTRY OFFICE #66

PARCEL REGISTER (ABBREVIATED) FOR PROPERTY IDENTIFIER

10004-0019 (LT)

SUBJECT TO RESERVATIONS IN CROWN GRANT

PAGE 1 OF 1
PREPARED FOR [illegible]
ON 2013/08/06 AT 10:30:21

PROPERTY DESCRIPTION: PARCEL 107-1, SECTION M1029 LOT 107, PLAN 66M1029 TWP OF YORK/NORTH YORK , CITY OF TORONTO

PROPERTY REMARKS:

ESTATE/QUALIFIER:
FEE SIMPLE
ABSOLUTE

RECENTLY:
FIRST CONVERSION FROM BOOK

PIN CREATION DATE:
1999/02/08

OWNERS' NAMES
DUMITRA, COSMIN CIPRIAN
BEAD, BIANCA MARIA

CAPACITY SHARE
JTEN
JTEN

| REG. NUM. | DATE | INSTRUMENT TYPE | AMOUNT | PARTIES FROM | PARTIES TO | CERT/ CHKD |
|---|---|---|---|---|---|---|
| **EFFECTIVE 2000/07/29 THE NOTATION OF THE "BLOCK IMPLEMENTATION DATE" OF 1985/05/06 ON THIS PIN** | | | | | | |
| **WAS REPLACED WITH THE "PIN CREATION DATE" OF 1999/02/08** | | | | | | |
| ** PRINTOUT INCLUDES ALL DOCUMENT TYPES (DELETED INSTRUMENTS NOT INCLUDED) ** | | | | | | |
| A[illegible] | 1968/08/01 | NOTICE AGREEMENT<br>REMARKS: RE: A SUBDIVISION | | | | C |
| B[illegible] | 1970/07/20 | BYLAW EX PART LOT | | | | C |
| AT2654163 | 2011/03/30 | TRANSFER | $516,000 | MERE, AHMAD | DUMITRA, COSMIN CIPRIAN<br>BEAD, BIANCA MARIA | C |
| AT2654164 | 2011/03/30 | CHARGE | $382,500 | DUMITRA, COSMIN CIPRIAN<br>BEAD, BIANCA MARIA | ROYAL BANK OF CANADA | C |

This is Exhibit [illegible] referred to in the affidavit of [illegible]
sworn before me this 15
day of [illegible] 20[illegible]

A Notary Public for the [illegible] of [illegible]

NOTE: ADJOINING PROPERTIES SHOULD BE INVESTIGATED TO ASCERTAIN DESCRIPTIVE INCONSISTENCIES, IF ANY, WITH DESCRIPTION REPRESENTED FOR THIS PROPERTY.
NOTE: ENSURE THAT YOUR PRINTOUT STATES THE TOTAL NUMBER OF PAGES AND THAT YOU HAVE PICKED THEM ALL UP.

DAVID CHONG
NOTARY PUBLIC
ONTARIO CANADA

Ontario ServiceOntario

LAND REGISTRY OFFICE #66

PARCEL REGISTER (ABBREVIATED) FOR PROPERTY IDENTIFIER

10004-0029 (LT)

SUBJECT TO RESERVATIONS IN CROWN GRANT

PAGE 1 OF 1
PREPARED FOR BR
ON 2013/05/08 AT 15:11:40

teranet express

PROPERTY DESCRIPTION: PARCEL 97-1, SECTION M1239 LOT 97, PLAN 66M1239, TWP OF YORK/NORTH YORK , CITY OF TORONTO

PROPERTY REMARKS:

| ESTATE/QUALIFIER: | RECENTLY: | PIN CREATION DATE: |
|---|---|---|
| FEE SIMPLE ABSOLUTE | FIRST CONVERSION FROM BOOK | 1989/05/08 |

| OWNERS' NAMES | CAPACITY | SHARE |
|---|---|---|
| DUMITRA, ELENA | JTEN | |
| DUMITRA, DRAGOS | JTEN | |

| REG. NUM. | DATE | INSTRUMENT TYPE | AMOUNT | PARTIES FROM | PARTIES TO | CERT/ CHKD |
|---|---|---|---|---|---|---|
| **EFFECTIVE 2003/07/28 THE NOTATION OF THE "BLOCK IMPLEMENTATION DATE" OF 1989/05/08 ON THIS PIN** | | | | | | |
| **WAS REPLACED WITH THE "PIN CREATION DATE" OF 1989/05/08** | | | | | | |
| ** PRINTOUT INCLUDES ALL DOCUMENT TYPES (DELETED INSTRUMENTS NOT INCLUDED) ** | | | | | | |
| A247275 | 1966/08/01 | NOTICE AGREEMENT<br>REMARKS: RE: A SUBDIVISION | | | | C |
| B266843 | 1970/07/20 | BYLAW EX PART LOT | | | | C |
| AT2209901 | 2009/10/22 | TRANSFER | $433,000 | URQUHART, ALICE MARIE | DUMITRA, ELENA<br>DUMITRA, DRAGOS | C |
| AT2209902 | 2009/10/22 | CHARGE | $300,000 | DUMITRA, ELENA<br>DUMITRA, DRAGOS | HOME TRUST COMPANY | C |

NOTE: ADJOINING PROPERTIES SHOULD BE INVESTIGATED TO ASCERTAIN DESCRIPTIVE INCONSISTENCIES, IF ANY, WITH DESCRIPTION REPRESENTED FOR THIS PROPERTY.
NOTE: ENSURE THAT YOUR PRINTOUT STATES THE TOTAL NUMBER OF PAGES AND THAT YOU HAVE PICKED THEM ALL UP.